CSD 1177 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Andrew A. Moher 257605
Moher Law Group
5560 La Jolla Blvd, Suite D
La Jolla, CA 92037
Phone: 619-269-6204
Fax: 619-923-3303
257605 CA

Order Entered on
August 19, 2019
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Steven Michael Moehling

BANKRUPTCY NO. 19-03857-LT13

Debtor.

# APPLICATION FOR COMPENSATION AND CONFIRMATION OF
# CHAPTER 13 PLAN; AND ORDER THEREON

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with

exhibits, if any, for a total of __2__ pages.

//

//

//

//

//

//

DATED:    August 16, 2019

Judge, United States Bankruptcy Court

CSD 1177

CSD 1177 [07/01/18](Page 2)
APPLICATION FOR COMPENSATION AND CONFIRMATION OF CHAPTER 13 PLAN; AND ORDER THEREON
DEBTOR:  Steven Michael Moehling                                        CASE NO:  19-03857-LT13

## I.    APPLICATION FOR CONFIRMATION AND ALLOWANCE OF COMPENSATION:

The undersigned attorney for the above-referenced Debtor(s):

A.   Represents that the Section 341(a) meeting is concluded in this chapter 13 case and that the Debtor's Plan, as that term is defined in paragraph II(A) below, complies with Section 1322 and 1325(a) of the Bankruptcy Code.

B.   Represents that a Rights and Responsibility Statement was signed by the Debtor(s) and filed in this chapter 13 case on ____6/28/2019____ and that the fees set forth in paragraph I(C) do not exceed the applicable presumptive guideline fees as established by General Order 173 of this Court.

C.   Represents that the paid and unpaid attorneys' fees and costs in this case are as follows:

1.   The agreed initial fee for attorney services:                       $ 3,900.00                    ;

2.   Additional fees not part of initial fee:                            $ 0.00                         ;

(Specify referencing any relief from stay or adversary proceeding number as relevant):

3.   Total fees received to date:                                       $ 0.00                         ;

4.   Total unpaid balance of fees:                                      $ 3,900.00                     ;

D.   Requests that this Court:

1.   Confirm the Debtor's Plan; and

2.   Allow fees as set forth in paragraph I(C) above.

By submitting this Order, the chapter 13 Trustee and the attorney for the Debtor(s) represent to the Court that payments under Debtor's Plan are substantially current.

## II.    ORDER CONFIRMING DEBTOR'S PLAN AND ALLOWING ATTORNEYS FEES

Upon considering the foregoing application, **it is hereby ordered that**:

A.   The Debtor's Plan dated____6/24/2019____ (Docket Entry No. _2_ ) and, if applicable, as amended by pre-confirmation modification(s) (PCM Forms) dated__not applicable__ (Docket Entry No. NA) ("Debtor's Plan") is confirmed.

B.   Attorneys' fees and costs are allowed as set forth in paragraph I(C) above, and any unpaid fees shall be paid as provided for in the Debtor's Plan.

C.   Nothing in this order or the Debtor's Plan shall be construed to have issue or claim preclusive effect on any debt nondischargeable under 11 U.S.C. 1328(a) unless a separate order of the court expressly so provides.

D.   This Order confirming Debtor's Plan incorporates by reference the Order Granting Debtor's Motion to Value Real Property, Treat Claim as Unsecured and Avoid Junior Lien or Stipulation  (Docket Entry No. NA ) .

Approved as to form and content by Chapter 13 Trustee submission of this Order:

CSD 1177

/s/ Kathleen Cashman-Kramer, Attorney for Chapter 13 Trustee Billingslea
Signed by Judge Laura Stuart Taylor August 16, 2019

```
                          United States Bankruptcy Court
                          Southern District of California
```

In re:                                                      Case No. 19-03857-LT
Steven Michael Moehling                                     Chapter 13
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0974-3          User: Admin.          Page 1 of 1          Date Rcvd: Aug 19, 2019
                              Form ID: pdfO2        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
db             +Steven Michael Moehling,    5420 Old Ranch Road,   Oceanside, CA 92057-5505

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2019 at the address(es) listed below:
          Andrew  Moher    on behalf of Debtor Steven Michael Moehling amoher@moherlaw.com,
           jgarcia@moherlaw.com;andrew-moher-8338@ecf.pacerpro.com
          Robert  Zahradka    on behalf of Creditor   Wells Fargo Bank, National Association as Trustee for
           Securitized Asset Backed Receivables LLC Trust 2006-FR1 Mortgage Pass-Through Certificates,
           Series 2006-FR1 caecf@tblaw.com
          Thomas H. Billingslea    Billingslea@thb.coxatwork.com
          United States Trustee    ustp.region15@usdoj.gov
                                                              TOTAL: 4