# TIFFANY & BOSCO
### P.A.

MEGAN E. LEES (SBN 277805)
mel@tblaw.com
ROBERT P. ZAHRADKA (SBN 282706)
rpz@tblaw.com
1455 Frazee Road, Suite 820
San Diego, CA 92108
Phone: (619) 501-3503

Attorneys for Creditor: Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR1 Mortgage Pass-Through Certificates, Series 2006-FR1
TB File No.: 19-81212

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Steven Michael Moehling aka Steve Michael Moehling,<br><br>    Debtor. | CASE NO.: 19-03857-LT13<br><br>CHAPTER 13<br><br>RS NO: RPZ-1<br><br>**STIPULATION GRANTING ADEQUATE PROTECTION**<br><br>**HEARING:**<br><br>DATE: April 28, 2020<br>TIME: 2:00 p.m.<br>DEPT: 3<br>ROOM: 129 |

This Stipulation is entered into by and between the Secured Creditor, Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR1 Mortgage Pass-Through Certificates, Series 2006-FR1 (hereinafter "Movant"), and Steven Michael Moehling aka Steve Michael Moehling (hereinafter "Debtor") by and through his respective attorneys of record.

The property which is the subject of this matter is commonly known as 5420 Old Ranch Rd, Oceanside, California 92057, which is more fully described as follows:

SEE LEGAL DESCRIPTION ATTACHED AS EXHIBIT A TO MOTION FOR RELIEF FROM STAY, DOCKET ENTRY NO. 17

THE PARTIES STIPULATE AS FOLLOWS:

1) Debtor shall tender regular monthly payments in the amount of $1,682.19, which is subject to change, pursuant to the terms of the subject Note (the "Note"), commencing May 1, 2020, and continuing until such outstanding amounts under the Note are paid in full. Payments are to be remitted to: Select Portfolio Servicing, Inc., Attn: Remittance Processing, P.O. Box 65450, Salt Lake City UT 84165-0450.

2) The post-petition arrears are calculated as follows:

| | |
|---|---|
| Five (5) Monthly Payments @ $1,682.19 (12/1/2019 – 4/1/2020): | $8,410.95 |
| Less Debtor's Suspense: | ($189.05) |
| TOTAL: | $8,221.90 |

3) The post-petition arrears in the amount of $8,221.90 shall be tendered in equal monthly installments of $913.55 commencing May 15, 2020 and continuing thereafter through and including December 15, 2020, and a payment of $913.50 due on or before January 15, 2021.

4) If applicable, Debtor shall maintain real property taxes and real property hazard insurance paid current for the Real Property, and provide proof of said insurance on a timely basis.

5) In the event of any future default on any of the above-described provisions, inclusive of this Stipulation, Movant shall provide written notice to Debtor at 5420 Old Ranch Road, Oceanside, CA 92057, and to Debtor's attorney of record Andrew Moher at Moher Law Group, 418 3rd Avenue, Suite E, San Diego, CA 92101, indicating the nature of the default. If Debtor fails to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

6)    Movant shall comply with the above provisions as to the first three (3) defaults. Upon the fourth (4th) default, Movant may file an Ex Parte Declaration of Default and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

7)    The acceptance by Movant of a late or partial payment shall not act as a waiver of Movant's right to proceed hereunder.

8)    In the event that Movant is granted relief from the automatic stay, the parties hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

9)    The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Real Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtor(s).

10)    Any notice that Movant shall give to Debtor(s), or attorney for Debtor(s), pursuant to this Order shall not be construed as a communication under the Fair Debt Collection Practices Act, 15 U.S.C. 1692.

11)    In the event of termination of the automatic stay pursuant to the terms herein, and upon entry of an order termination the automatic stay, the parties agree that Trustee shall cease payment on Movant's Claim No. 5.

/././

/././

/././

/././

/././

STIPULATION GRANTING ADEQUATE PROTECTION       3                                    Case No: 19-03857-LT13

12)   The guideline fee of $675.00 for Debtor's Counsel's opposition to the Motion for Relief is approved to be paid as an administrative claim, subject to funds on hand.

IT IS SO STIPULATED:

DATED:  4/24/2020                    Tiffany & Bosco, P.A.

 /s/ Robert P. Zahradka

Robert P. Zahradka
Attorney for Movant


DATED:  4/23/2020                    Moher Law Group

/s/ Andrew Moher

Andrew Moher
Attorney for Debtor

STIPULATION GRANTING ADEQUATE PROTECTION      4                    Case No: 19-03857-LT13

CSD 3010 [12/01/15]
Name, Address, Telephone No. & I.D. No.

Tiffany & Bosco, P.A.
MEGAN E. LEES (SBN 277805)
mel@tblaw.com
ROBERT P. ZAHRADKA (SBN 282706)
rpz@tblaw.com
1455 Frazee Road, Suite 820
San Diego, CA 92108
Tel.: (619) 501-3503

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Steven Michael Moehling aka Steve Michael Moehling<br><br>Debtor. | BANKRUPTCY NO.  19-03857-LT13 |
| Plaintiff(s) | ADVERSARY NO. |
| v.<br><br>Defendant(s) | |

# PROOF OF SERVICE

I,  Ashley Ballenger                 am a resident of the State of California, over the age of 18 years, and not a party to this action.

On  April 24, 2020            , I served the following documents:

STIPULATION GRANTING ADEQUATE PROTECTION

1.     **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  April 24, 2020           , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐     Chapter 7 Trustee:

| ☐ For Chpt. 7, 11, & 12 cases: | ☑ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

CSD 3010

CSD 3010 [12/01/15] (Page 2)

2. **Served by United States Mail or Overnight Mail**:

On ___April 24, 2020___ ,I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail via 1) first class, postage prepaid, 2) certified mail with receipt number or 3) overnight mail service, addressed as follows:

DEBTOR: Steven Michael Moehling aka Steve Michael Moehling, 5420 Old Ranch Road, Oceanside, CA 92057
DEBTOR'S ATTORNEY: Andrew Moher, Moher Law Group, 5560 La Jolla Blvd, Suite D, La Jolla, CA 92037
LEINHOLDER: California Housing Finance Age, 500 Capitol Mall, Ste. 1400 (M, Sacramento, CA 95814

3. **Served by Personal Delivery, Facsimile Transmission or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on ___April 24, 2020___          Ashley Ballenger /s/ Ashley Ballenger
        (Date)                          (Typed Name and Signature)

                                        1455 Frazee Road, Suite 820
                                        (Address)

                                        San Diego, CA 92108
                                        (City, State, ZIP Code)

CSD 3010