**From:**                                                                                     Date: 11/10/2020
**Thomas H. Billingslea, Jr.**
**402 West Broadway, Suite 1350**
**San Diego, CA  92101**
**Billingslea@THB.coxatwork.com**


To:                                                                                           Case No. 19-03857-LT
STEVEN MICHAEL MOEHLING
5420 OLD RANCH ROAD
OCEANSIDE, CA  92057

XXX-XX-8925

This is your Periodic Report of your case, our records indicate the following:

Bar Date:                                      Oct 31, 2019
You have paid the Trustee a total of:          $9,248.00

Over the past twelve calendar months, we have received the following payments:

[11/19/2019  1176  $578.00]      [12/26/2019  9231  $578.00]      [01/31/2020  4874  $578.00]
[02/25/2020  0344  $578.00]      [03/30/2020  4745  $578.00]      [05/05/2020  6050  $578.00]
[05/27/2020  8358  $578.00]      [06/25/2020  6290  $578.00]      [07/31/2020  8908  $578.00]
[08/17/2020  1550  $578.00]      [10/01/2020  1892  $578.00]      [11/05/2020  9653  $578.00]

Your balances are:

| Name | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|
| American InfoSource LP | $673.36 | $0.00 | $0.00 |
| Andrew A. Moher | $4,575.00 | $4,575.00 | $0.00 |
| CALIFORNIA HOUSING FIANCE | $0.00 Paid outside | $0.00 | $0.00 |
| CAVALRY PORTFOLIO SERVICES LLC | $83.30 | $0.00 | $0.00 |
| FRANCHISE TAX BOARD | $0.00 Not Filed | $0.00 | $0.00 |
| FRANCHISE TAX BOARD | $0.00 Not Filed | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | $6,228.82 | $69.27 | $0.00 |
| INTERNAL REVENUE SERVICE | $2,744.52 | $0.00 | $0.00 |
| RANCHO SAN GERONIMO HOA | $0.00 Paid outside | $0.00 | $0.00 |
| SCHEDULED UNSECURED DEBTS | $0.00 Not Filed | $0.00 | $0.00 |
| SELECT PORTFOLIO SERVICING | $16,424.69 | $3,184.77 | $0.00 |
| STEVEN MICHAEL MOEHLING | $0.00 Not Filed | $0.00 | $0.00 |
| TOYOTA MOTOR CREDIT CORP | $4,565.62 | $0.00 | $0.00 |

Debtor Name: STEVEN MICHAEL MOEHLING                                      Page 2
Case Number: 19-03857-LT

There are various reasons which could affect a pay-off calculation for a case.  Illustration include (i) a late claim, (ii) a claim that was not identified until our pre-close audit, (iii) where your plan provides unsecured creditors to receive the greater of a designated percentage or a pro-rata share and a final reset has not occurred, (v) where the debtor's plan is scheduled to complete in less that your Applicable Commitment Period and provided for less than 100% dividend to unsecured creditors, the Trustee reserves the right to modify said plan.

Sincerely,

/s/ Thomas H. Billingslea, Jr.

Chapter 13 Trustee
Billingslea@THB.coxatwork.com

Debtor Name: STEVEN MICHAEL MOEHLING                                          Page 3
Case Number: 19-03857-LT

Andrew A. Moher
Moher Law Group
418 3rd Avenue, Suite E
San Diego, CA  92101

Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:

MOEHLING

        Debtor.

Case No.: 1903857-LT-13

CERTIFICATE OF SERVICE
PERIODIC REPORT TO DEBTOR

I, Bernice Villarreal, am employed at the office of Thomas H. Billingslea, Jr.,

Chapter 13 Trustee. I am over the age of eighteen and am not a party to the within

action. The Trustee's business address is: Thomas H. Billingslea, Jr., Chapter 13

Trustee, 402 West Broadway, Suite 1350, San Diego, CA 92101.

I served the document described as: **PERIODIC REPORT TO DEBTOR**

enclosed in a sealed envelope with postage thereon fully prepaid in the United States

mail to the address indicated on page 1 of the Periodic Report To Debtor in the upper left-

hand corner.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/12/2020
        San Diego, California

Bernice Villarreal, for
Thomas H. Billingslea, Jr.
Chapter 13 Trustee

Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:

MOEHLING

       Debtor.

Case No.: 1903857-LT-13

CERTIFICATE OF SERVICE
PERIODIC REPORT TO DEBTOR

    I, Sunao Tashima, am employed at the office of Thomas H. Billingslea, Jr.,

Chapter 13 Trustee. I am over the age of eighteen and am not a party to the within

action. The Trustee's business address is: Thomas H. Billingslea, Jr., Chapter 13

Trustee, 402 West Broadway, Suite 1350, San Diego, CA 92101.

    I served the document described as: **PERIODIC REPORT TO DEBTOR**

enclosed in a sealed envelope with postage thereon fully prepaid in the United States

mail to Debtor's Counsel based upon the address which is extracted from the last page of

the Periodic Report To Debtor in the upper left-hand corner.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/12/2020
    San Diego, California

Sunao Tashima, for
Thomas H. Billingslea, Jr.
Chapter 13 Trustee