Date: 12/20/2021

**From:**
**Thomas H. Billingslea, Jr.**
**402 West Broadway, Suite 1350**
**San Diego, CA  92101**
**Billingslea@THB.coxatwork.com**

Case No. 19-03857-LT

To:
STEVEN MICHAEL MOEHLING
5420 OLD RANCH ROAD
OCEANSIDE, CA  92057

XXX-XX-8925

This is your Periodic Report of your case, our records indicate the following:

| Bar Date: | Oct 31, 2019 |
|---|---|
| You have paid the Trustee a total of: | $16,762.00 |

Over the past twelve calendar months, we have received the following payments:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| [12/30/2020 | 3382 | $578.00] | [01/28/2021 | 2577 | $578.00] | [03/10/2021 | 9698 | $578.00] |
| [03/17/2021 | 9698 | ($578.00)] | [03/24/2021 | 5948 | $578.00] | [03/24/2021 | 5993 | $578.00] |
| [04/28/2021 | 6112 | $578.00] | [06/02/2021 | 6198 | $578.00] | [06/28/2021 | 0024 | $578.00] |
| [07/27/2021 | 6386 | $578.00] | [08/30/2021 | 6465 | $578.00] | [10/21/2021 | 6636 | $578.00] |
| [10/28/2021 | 6654 | $578.00] | [10/29/2021 | 6562 | $578.00] | [11/03/2021 | 6562 | ($578.00)] |
| [11/30/2021 | 6732 | $578.00] | | | | | | |

Your balances are:

| Name | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|
| American InfoSource LP | $673.36 | $0.00 | $0.00 |
| Andrew A. Moher | $4,575.00 | $4,575.00 | $0.00 |
| CALIFORNIA HOUSING FIANCE | $0.00 Paid outside | $0.00 | $0.00 |
| CAVALRY PORTFOLIO SERVICES LLC | $83.30 | $0.00 | $0.00 |
| FRANCHISE TAX BOARD | $0.00 Not Filed | $0.00 | $0.00 |
| FRANCHISE TAX BOARD | $0.00 Not Filed | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | $6,228.82 | $1,392.53 | $0.00 |
| INTERNAL REVENUE SERVICE | $2,744.52 | $0.00 | $0.00 |
| RANCHO SAN GERONIMO HOA | $0.00 Paid outside | $0.00 | $0.00 |
| SCHEDULED UNSECURED DEBTS | $0.00 Not Filed | $0.00 | $0.00 |
| SELECT PORTFOLIO SERVICING | $16,424.69 | $9,184.77 | $0.00 |
| STEVEN MICHAEL MOEHLING | $0.00 Not Filed | $0.00 | $0.00 |
| TOYOTA MOTOR CREDIT CORP | $4,565.62 | $0.00 | $0.00 |

Debtor Name: STEVEN MICHAEL MOEHLING                        Page 2

Case Number: 19-03857-LT

There are various reasons which could affect a pay-off calculation for a case. Illustration include (i) a late claim, (ii) a claim that was not identified until our pre-close audit, (iii) where your plan provides unsecured creditors to receive the greater of a designated percentage or a pro-rata share and a final reset has not occurred, (v) where the debtor's plan is scheduled to complete in less that your Applicable Commitment Period and provided for less than 100% dividend to unsecured creditors, the Trustee reserves the right to modify said plan.

Sincerely,

/s/ Thomas H. Billingslea, Jr.

Chapter 13 Trustee

Billingslea@THB.coxatwork.com

Debtor Name: STEVEN MICHAEL MOEHLING                                    Page 3
Case Number: 19-03857-LT

Andrew A. Moher
Moher Law Group
418 3rd Avenue, Suite E
San Diego, CA  92101

Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MOEHLING<br><br>        Debtor. | Case No.: 1903857-LT-13<br><br>CERTIFICATE OF SERVICE<br>PERIODIC REPORT TO DEBTOR |

I, Cynthia Quezada, am employed at the office of Thomas H. Billingslea, Jr., Chapter 13 Trustee. I am over the age of eighteen and am not a party to the within action. The Trustee's business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 402 West Broadway, Suite 1350, San Diego, CA 92101.

I served the document described as: **PERIODIC REPORT TO DEBTOR** enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail to the address indicated on page 1 of the Periodic Report To Debtor in the upper left-hand corner.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/23/2021
      San Diego, California

Cynthia Quezada, for
Thomas H. Billingslea, Jr.
Chapter 13 Trustee

Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MOEHLING<br><br>       Debtor. | Case No.: 1903857-LT-13<br><br>CERTIFICATE OF SERVICE<br>PERIODIC REPORT TO DEBTOR |

I, Bradley Moore, am employed at the office of Thomas H. Billingslea, Jr., Chapter 13 Trustee. I am over the age of eighteen and am not a party to the within action. The Trustee's business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 402 West Broadway, Suite 1350, San Diego, CA 92101.

I served the document described as: **PERIODIC REPORT TO DEBTOR** enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail to Debtor's Counsel based upon the address which is extracted from the last page of the Periodic Report To Debtor in the upper left-hand corner.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/30/2021
San Diego, California

_____
Bradley Moore, for
Thomas H. Billingslea, Jr.
Chapter 13 Trustee