Thomas H. Billingslea, Jr., [SBN 144483] Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)
billingslea@thb.coxatwork.com (email)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 19-03857-LT13 |
| STEVEN MICHAEL MOEHLING | STATEMENT OF NON-OPPOSITION BY CHAPTER 13 TRUSTEE RE: DEBTORS' MOTION FOR ORDER APPROVING PLAN MODIFICATION DATED APRIL 12, 2023 (DK. #30) |
| Debtors) | |
| | Date:   July 18, 2023 |
| | Time:   2:00 PM |
| | Dept.:  3 |

The Chapter 13 Trustee does not oppose the Debtors' above referenced motion (Dk. #30). Debtors' existing plan payments are current and plan can be administered with the existing plan payments[1]. The amended plan makes a change to section 3.1 (Dk. #30 Pg. 3) to increase the amount paid to Select Portfolio Service Inc. Debtors' Declaration (Dk. #30-3 Pg. 2) displays a change in income that has stabilized allowing the Debtors' to complete the plan. Trustee does not oppose $780 in Attorneys' Fees paid through Chapter 13 Plan.

Dated:  June /  , 2023

Respectfully Submitted,

Thomas H. Billingslea, Jr.,
Chapter 13 Trustee

---

[1] 36 Month ACP with 0% Dividend and $0 Liquation Analysis

THB/jr

## CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California.  I am over the age of eighteen and am not a party to the within action.  My business address is:  Thomas H. Billingslea, Jr., Chapter 13 Trustee, 402 West Broadway, Suite 1350, San Diego, CA 92101.

Today, I served the following document described as:

**STATEMENT OF NON-OPPOSITION BY CHAPTER 13 TRUSTEE RE: DEBTORS' MOTION FOR ORDER APPROVING PLAN MODIFICATION DATED APRIL 12, 2023 (DK. #30)**

on the parties listed below by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, CA  addressed as follows:

DEBTORS
STEVEN MICHAEL MOEHLING
5420 OLD RANCH ROAD
OCEANSIDE, CA 92057

DEBTORS' COUNSEL
ANDREW A. MOHER
MOHER LAW GROUP
424 F STREET, SUITE 203
SAN DIEGO, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   June 1, 2023
         San Diego, CA

/s/ Bernice A. Villarreal
Bernice A. Villarreal for
Thomas H. Billingslea, Jr.
Chapter 13 Trustee

THB/jr