ANDREW A. MOHER. SBN: 257605
**MOHER LAW GROUP**
**424 F STREET, SUITE 203**
**SAN DIEGO, CA 92101**
Telephone: 619-269-6204
Facsimile: 619-923-3303
Attorney for Debtor Steven Michael Moehling

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In Re:

Steven Michael Moehling

Case No. 19-03857-LT13

CHAPTER 13

**STATUS REPORT RE MOTION TO MODIFY CHAPTER 13 PLAN**

Date: July 18, 2023
Time: 10:00 a.m.
Judge: Hon. Laura S. Taylor
Dept: 3

Debtor Steven Michael Moehling ("Debtor"), by and through counsel undersigned, hereby submits his Case Status Report in advance of the July 18, 2023 hearing on the Debtor's Motion to Modify Chapter 13 Plan (dkt #30, "The Motion").

The opposition deadline has passed and no party in interest filed an objection to The Motion to Modify Plan. Chapter 13 Trustee Thomas H. Billingsea ("Trustee") filed a Statement of Nonopposition (see dkt #31). Debtor is current on payments under the modified plan. The Debtor respectfully requests that the Court grant The Motion.

Debtor's counsel requests attorney fees of $780, to be paid through the plan, pursuant to the RARA, Debtor's declaration, and the Trustee's nonopposition to fees.

RESPECTFULLY SUBMITTED:

Dated: 7/9/2023

MOHER LAW GROUP

  /s/ Andrew A. Moher
Andrew A. Moher, Attorney for Debtor

STATUS REPORT