Thomas H. Billingslea, Jr., [SBN 144483] Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)
billingslea@thb.coxatwork.com (email)

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

In re:                                                    )        Case No.  19-03857-LT13
                                                          )
STEVEN MICHAEL MOEHLING          )        **STATEMENT OF CASE STATUS BY**
                                                          )        **CHAPTER 13 TRUSTEE RE: DEBTOR'S**
                                                          )        **MOTION FOR ORDER APPROVING**
                                                          )        **PLAN MODIFICATION DATED APRIL 12,**
                                                          )        **2023 (DK. #30)**
                                                          )
                                                          )        Date:   July 18, 2023
                                      Debtor )        Time:   2:00 PM
                                                          )        Dept.:  3
                                                          )

The Chapter 13 Trustee filed his Statement of Non-Opposition to Debtor's Motion for Order Approving Plan Modification on June 1, 2023 (Dk. #31). Debtor is sufficiently current in plan payments. Payments of $578 are due by the 28th of each month.

Dated: July 10, 2023                        Respectfully Submitted,

                                                          Thomas H. Billingslea, Jr.,
                                                          Chapter 13 Trustee

1                                                                                                  THB/ar

## CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of eighteen and am not a party to the within action. My business address is: Thomas H. Billingslea, Jr., Chapter 13 Trustee, 402 West Broadway, Suite 1350, San Diego, CA 92101.

Today, I served the following document described as:

**STATEMENT OF CASE STATUS BY CHAPTER 13 TRUSTEE RE: DEBTOR'S MOTION FOR ORDER APPROVING PLAN MODIFICATION DATED APRIL 12, 2023**

**(DK. #30)**

on the parties listed below by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at San Diego, CA addressed as follows:

DEBTOR
STEVEN MICHAEL MOEHLING
5420 OLD RANCH ROAD
OCEANSIDE, CA 92057

DEBTOR'S COUNSEL
ANDREW A. MOHER
MOHER LAW GROUP
424 F STREET, SUITE 203
SAN DIEGO, CA 92101

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 11, 2023
San Diego, CA

/s/ Bernice A. Villarreal
Bernice A. Villarreal for
Thomas H. Billingslea, Jr.
Chapter 13 Trustee

2                                                                    THB/ar