**From:**
**Thomas H. Billingslea, Jr.**
**402 West Broadway, Suite 1350**
**San Diego, CA  92101**
**Billingslea@THB.coxatwork.com**

Date: 01/30/2023

To:
STEVEN MICHAEL MOEHLING
5420 OLD RANCH ROAD
OCEANSIDE, CA  92057

Case No. 19-03857-LT

XXX-XX-8925

This is your Periodic Report of your case, our records indicate the following:

| | |
|---|---|
| Bar Date: | Oct 31, 2019 |
| You have paid the Trustee a total of: | $24,854.00 |

Over the past twelve calendar months, we have received the following payments:

| | | |
|---|---|---|
| [02/01/2022  6842  $578.00] | [03/01/2022  6927  $578.00] | [04/11/2022  2737  $578.00] |
| [05/20/2022  2269  $578.00] | [06/21/2022  7202  $578.00] | [07/18/2022  7235  $578.00] |
| [08/09/2022  7281  $1,156.00] | [09/27/2022  7389  $578.00] | [10/25/2022  7480  $578.00] |
| [11/29/2022  7558  $578.00] | [01/04/2023  7633  $578.00] | [01/27/2023  7718  $578.00] |

Your balances are:

| Name | Claim Amount | Principal Paid | Interest Paid |
|---|---|---|---|
| American InfoSource LP | $673.36 | $0.00 | $0.00 |
| Andrew A. Moher | $4,575.00 | $4,575.00 | $0.00 |
| CALIFORNIA HOUSING FIANCE | $0.00 | $0.00 | $0.00 |
| Capital One | Paid outside $0.00 | $0.00 | $0.00 |
| CAVALRY PORTFOLIO SERVICES LLC | Not Filed $83.30 | $0.00 | $0.00 |
| FRANCHISE TAX BOARD | $105.06 | $59.90 | $0.00 |
| FRANCHISE TAX BOARD | $105.06 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | $6,228.82 | $4,219.53 | $0.00 |
| INTERNAL REVENUE SERVICE | $2,744.52 | $0.00 | $0.00 |
| RANCHO SAN GERONIMO HOA | $0.00 | $0.00 | $0.00 |
| SELECT PORTFOLIO SERVICING | Paid outside $16,424.69 | $13,121.13 | $0.00 |
| STEVEN MICHAEL MOEHLING | $0.00 | $0.00 | $0.00 |
| TOYOTA MOTOR CREDIT CORP | Not Filed $4,565.62 | $0.00 | $0.00 |

Debtor Name: STEVEN MICHAEL MOEHLING                                           Page 2
Case Number: 19-03857-LT

There are various reasons which could affect a pay-off calculation for a case.  Illustration include (i) a late claim, (ii) a claim that was not identified until our pre-close audit, (iii) where your plan provides unsecured creditors to receive the greater of a designated percentage or a pro-rata share and a final reset has not occurred, (v) where the debtor's plan is scheduled to complete in less that your Applicable Commitment Period and provided for less than 100% dividend to unsecured creditors, the Trustee reserves the right to modify said plan.

Sincerely,

/s/ Thomas H. Billingslea, Jr.

Chapter 13 Trustee
Billingslea@THB.coxatwork.com

Debtor Name: STEVEN MICHAEL MOEHLING                                   Page 3
Case Number: 19-03857-LT

Andrew A. Moher
Moher Law Group
424 F Street, Suite 203
San Diego, CA  92101

Thomas H. Billingslea, Jr. [SBN 144483] Chapter 13 Trustee
402 West Broadway, Suite 1350
San Diego, CA 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:

MOEHLING

      Debtor.

Case No.: 1903857-LT-13

CERTIFICATE OF SERVICE
PERIODIC REPORT TO DEBTOR

I, Frank Pizzo, am employed at the office of Thomas H. Billingslea, Jr.,

Chapter 13 Trustee. I am over the age of eighteen and am not a party to the within

action. The Trustee's business address is: Thomas H. Billingslea, Jr., Chapter 13

Trustee, 402 West Broadway, Suite 1350, San Diego, CA 92101.

I served the document described as: **PERIODIC REPORT TO DEBTOR**

enclosed in a sealed envelope with postage thereon fully prepaid in the United States

mail to the address indicated on page 1 of the Periodic Report To Debtor in the upper left-

hand corner. Debtor's Counsel, indicated on the last page of the Periodic Report To

Debtor in the upper left-hand corner, will be served by the Court via Notice of Electronic

Filing ("NEF") and hyperlink to the document.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/3/2023
      San Diego, California

Frank Pizzo, for
Thomas H. Billingslea, Jr.
Chapter 13 Trustee