TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Bankruptcy Case Name:     Steven Michael Moehling

Bankruptcy Number:        19-03857-LT13

Hearing:                  07/18/2023 2:00 PM

Motion:                   MOTION FOR APPROVAL OF MODIFIED CHAPTER 13
                          PLAN (DATED 4/12/23) AFTER CONFIRMATION FILED
                          ON BEHALF OF STEVE MICHAEL MOEHLING

GRANT. Motion is unopposed and well-supported. Appearances at the July 18, 2023,
hearing are excused; presumptive fees are awarded; and the Debtor may upload his
order.