# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# MINUTE ORDER

### _Hearing Information:_

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Steven Michael Moehling | | |
| **Case Number:** | 19-03857-LT13 | **Chapter:** | 13 |
| **Date / Time / Room:** | 07/18/2023 2:00 PM | DEPARTMENT 3 | |
| **Bankruptcy Judge:** | Laura S. Taylor | | |
| **Courtroom Clerk:** | Russ Paluso | | |
| **Reporter / ECR:** | Jennifer Gibson | | |

### _Matters:_

MOTION FOR APPROVAL OF MODIFIED CHAPTER 13 PLAN (DATED 4/12/23) AFTER CONFIRMATION FILED ON BEHALF OF STEVE MICHAEL MOEHLING

### _Appearances:_

MAUREEN ENMARK, ATTORNEY FOR THOMAS H. BILLINGSLEA, CHAPTER 13 TRUSTEE

### _Disposition:_

Granted pursuant to the Court's Tentative Ruling. Presumptive fees are awarded.

Order to be submitted by Movant.