**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Andrew A. Moher SBN 257605
Moher Law Group
424 F Street, Suite 203
San Diego, CA 92101
Ph 619-786-3800

Order Entered on
July 20, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Steven Michael Moehling

Debtor.

BANKRUPTCY NO. 19-03857-LT13

Date of Hearing: July 18, 2023
Time of Hearing: 10:00 a.m.
Name of Judge:  Hon. Laura S. Taylor

## ORDER ON
**Motion for Approval of Modified Plan**

The court orders as set forth on the continuation pages attached and numbered ___2___ through ___2___ with

exhibits, if any, for a total of ___2___ pages.  Motion/Application Docket Entry No. ___30___.

//

//

//

//

//

//

//

DATED:    July 20, 2023

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON Motion for Approval of Modified Plan
DEBTOR:                                                      CASE NO: 19-03857-LT13
        Steven Michael Moehling

On May 5, 2023, Debtor Steven Michael Moehling ("Debtor") filed a Motion for Approval of Modified Plan (dkt #30, "The Motion"). The Motion was noticed and served on all parties in interest. No creditor filed any opposition to Debtors' Motion. Chapter 13 Trustee Thomas Billingslea ("Trustee") filed a Statement of Non Opposition to the Motion (dkt #31)

THE COURT, having read the pleadings, considering the matter, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Debtor's Modified Chapter 13 Plan dated April 12, 2023, filed as docket #30, is hereby confirmed;
2. Nothing in this Order or the Debtor's Plan shall be construed to have issues or claim preclusive effect on any debt nondischargeable under 11 U.S.C. 1328(a) unless a separate Order of the Court expressly so provides;
3. Debtor's counsel Andrew A. Moher shall be awarded the guideline fee of $780 for work done in this matter, to be paid by the Trustee through Debtors' plan, subject to funds on hand.

CSD 1001A

Signed by Judge Laura Stuart Taylor July 20, 2023