# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 7/20/2023 |
| Case: 19–03857–LT13 | Form ID: pdfO4 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustp.region15@usdoj.gov
tr     Thomas H. Billingslea     Billingslea@thb.coxatwork.com
aty     Andrew Moher     amoher@moherlaw.com

                           TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Steven Michael Moehling     5420 Old Ranch Road     Oceanside, CA 92057

                           TOTAL: 1