**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

Andrew A. Moher SBN 257605
Moher Law Group
424 F Street, Suite 203
San Diego, CA 92101
Ph 619-786-3800

Order Entered on
July 20, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Steven Michael Moehling

Debtor.

BANKRUPTCY NO. 19-03857-LT13

Date of Hearing: July 18, 2023
Time of Hearing: 10:00 a.m.
Name of Judge:  Hon. Laura S. Taylor

## ORDER ON
### Motion for Approval of Modified Plan

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with

exhibits, if any, for a total of __2__ pages.  Motion/Application Docket Entry No. __30__.

//

//

//

//

//

//

//

DATED:    July 20, 2023

Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON Motion for Approval of Modified Plan
DEBTOR:                                                                          CASE NO: 19-03857-LT13
          Steven Michael Moehling

On May 5, 2023, Debtor Steven Michael Moehling ("Debtor") filed a Motion for Approval of Modified Plan (dkt #30, "The Motion"). The Motion was noticed and served on all parties in interest. No creditor filed any opposition to Debtors' Motion. Chapter 13 Trustee Thomas Billingslea ("Trustee") filed a Statement of Non Opposition to the Motion (dkt #31)

THE COURT, having read the pleadings, considering the matter, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Debtor's Modified Chapter 13 Plan dated April 12, 2023, filed as docket #30, is hereby confirmed;
2. Nothing in this Order or the Debtor's Plan shall be construed to have issues or claim preclusive effect on any debt nondischargeable under 11 U.S.C. 1328(a) unless a separate Order of the Court expressly so provides;
3. Debtor's counsel Andrew A. Moher shall be awarded the guideline fee of $780 for work done in this matter, to be paid by the Trustee through Debtors' plan, subject to funds on hand.

CSD 1001A

Signed by Judge Laura Stuart Taylor July 20, 2023

United States Bankruptcy Court

Southern District of California

In re:                                                                                    Case No. 19-03857-LT

Steven Michael Moehling                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                           User: Admin.                                Page 1 of 2

Date Rcvd: Jul 20, 2023                    Form ID: pdfO4                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

**Recip ID                      Recipient Name and Address**
db                       +  Steven Michael Moehling, 5420 Old Ranch Road, Oceanside, CA 92057-5505

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Moher | on behalf of Debtor Steven Michael Moehling amoher@moherlaw.com jgarcia@moherlaw.com;andrew-moher-8338@ecf.pacerpro.com |
| Chad L. Butler | on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR1 Mortgage Pass-Through Certificates, Series 2006-FR1 caecf@tblaw.com |
| Robert Zahradka | on behalf of Creditor Wells Fargo Bank  National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR1 Mortgage Pass-Through Certificates, Series 2006-FR1 rzahradka@nationalfunding.com |
| Thomas H. Billingslea | Billingslea@thb.coxatwork.com |
| United States Trustee | ustp.region15@usdoj.gov |

District/off: 0974-3                    User: Admin.                         Page 2 of 2
Date Rcvd: Jul 20, 2023                 Form ID: pdfO4                       Total Noticed: 1
TOTAL: 5