**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

In re:

STEVEN MICHAEL MOEHLING

Debtor(s)

Case No.   19-03857-LT13

Chapter 13

---

### CHAPTER 13 STANDING TRUSTEE'S FRBP 2012
### ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

Michael Koch, successor Trustee to Thomas H. Billingslea, Jr., for the above-captioned case, submits the following accounting of the estate, through November 30, 2023, pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

| **Receipts:** | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $30,056.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$30,056.00** |

| **Disbursements & Expense of Administration:** | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $5,355.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,849.54 | |
| Other | $0.00 | |
| Secured Creditors | $16,424.69 | |
| Priority Creditors | $5,426.77 | |
| General Unsecured Creditors | $0.00 | |
| **Total Disbursements & Expense of Administration:** | | **$30,056.00** |

| **Balance Transferred to Successor Trustee** | **$0.00** |
|---|---|

Dated: 12/01/2023

/s/ Michael Koch
Chapter 13 Successor Trustee
402 West Broadway, Suite 1450
San Diego, CA 92101