Michael Koch, Trustee  State Bar No. 131892
**OFFICE OF THE CHAPTER 13 TRUSTEE**
402 West Broadway, Suite 1450
San Diego, CA 92101-8544
Telephone (619) 338-4006
Facsimile (619) 239-5242

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:

STEVEN MICHAEL MOEHLING

Debtor.

) Case No. 19-03857-LT13
)
) NOTICE OF FINAL CURE PAYMENT AND
) COMPLETION OF PAYMENTS UNDER THE
) PLAN
)
)
)

**TO THE HEREIN NAMED CREDITOR, DEBTOR, AND DEBTOR'S COUNSEL:**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that Debtor has completed all payments under the confirmed Chapter 13 Plan.

Creditor Name:   SELECT PORTFOLIO SERVICING

Court Claim No:   005

Account No:   9180

Amount of Allowed Pre-Petition Arrears:  $16,424.69

Principal Paid by Trustee:  $16,424.69

Interest Paid by Trustee:  $0.00

Monthly ongoing mortgage payments are paid directly by Debtor.

Within 21 days of the service of this Notice, the creditor must file and serve Debtor, Debtor's counsel, and the Trustee pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether, consistent with §1322(b)(5), Debtor is otherwise current on all payments, or be subject to further action of the court including possible sanctions.

Date:  February 20, 2024

    /s/ Michael Koch
      Chapter 13 Trustee

Michael Koch, Trustee  State Bar No. 131892
**OFFICE OF THE CHAPTER 13 TRUSTEE**
402 West Broadway, Suite 1450
San Diego, CA 92101-8544

Telephone (619) 338-4006
Facsimile (619) 239-5242

UNITED STATES BANKRUPTCY COURT
Southern District of California

In re:

STEVEN MICHAEL MOEHLING

Debtor.

) Case No. 19-03857-LT13
)
) CERTIFICATE OF SERVICE
)
)
)

I certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents (described below):

**Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan**

[**XXX**] Mail Service - Regular, First Class United States Mail, postage  fully pre-paid, addressed to:

STEVEN MICHAEL MOEHLING
5420 OLD RANCH ROAD
OCEANSIDE, CA 92057-0000

ANDREW A. MOHER
MOHER LAW GROUP
424 F Street, Suite 203
SAN DIEGO, CA 92101-0000

SELECT PORTFOLIO SERVICING
MC 240 BOX 65450
SALT LAKE CITY, UT 84165-0000

Under penalty of perjury, I declare that the foregoing is true and correct.

DATE:  February 20, 2024

   /s/ Sunao Tashima
Clerk for the office of
Michael Koch, Trustee
402 West Broadway, Suite 1450
San Diego, CA 92101-8544