**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor1 | Steven Michael Moehling aka Steve Michael Moehling |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : <u>SOUTHERN</u> District of <u>California</u>
(State)

Case number <u>19-03857-LT13</u>

## <u>Form 4100R</u>
## Response to Notice of Final Cure

**10/15**

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

---

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of creditor:** <u>Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR1 Mortgage Pass-Through Certificates, Series 2006-FR1</u>

**Court claim no.** (if known): <u>5-1</u>

**Last 4 digits** of any number you use to identify the debtor's account: <u>9180</u>

**Property address:**    <u>5420 OLD RANCH RD ,</u>
                 Number       Street

                 <u>OCEANSIDE, CA 92057</u>
                 City               State       ZIP Code

---

| **Part 2:** | **Prepetition Default Payments** |
|---|---|

*Check one:*

[X]    Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[  ]    Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

                       $_____

---

| **Part 3:** | **Postpetition Mortgage** |
|---|---|

*Check one:*

[  ]    Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

      The next postpetition payment from the debtor(s) is due on:      ____/____/_____
                                                           MM/DD/YYYY

[X]    Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

      Creditor asserts that the total amount remaining unpaid as of the date of this response is:

      a. Total postpetition ongoing payments due:               (a) $7,342.05

      b. Total Suspense:                             - (b) $1,320.88

      c. Total. Subtract lines a and b.            (c) $6,021.17

      Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:      <u>12</u> / <u>01</u> / <u>2023</u>
                                               MM/  DD/  YYYY

---

| Debtor 1 | Steven Michael Moehling aka Steve Michael Moehling | Case number *(if known)* | 19-03857-LT13 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

---

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the  debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]  all payments received;
[X]  all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]  all amounts the creditor contends remain unpaid

---

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[  ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X**   /s/ Sean Ferry                                      Date March 11, 2024
        Signature

Print    Sean Ferry                                         Title Authorized Agent
         First Name        Middle Name        Last Name

Company  Robertson, Anschutz, Schneid & Crane LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address  350 10th Avenue, Suite 1000
         Number          Street

         San Diego, CA 92101
         City            State            ZIP Code

Contact  470-321-7112                                       Email sferry@raslg.com

---

| Form 4100R | Response to Notice of Final Cure Payment | page 2 |
|---|---|---|

Sean Ferry (SBN 310347)
sferry@raslg.com
**Robertson, Anschutz, Schneid & Crane LLP**
350 10th Avenue, Suite 1000
San Diego, CA 92101
Telephone: (561) 241-6901 Ext. 2036

Attorneys for Creditor
Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-FR1 Mortgage Pass-Through Certificates, Series 2006-FR1

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO DIVISION

| | |
|---|---|
| In re<br><br>Steven Michael Moehling aka Steve Michael Moehling,<br><br>        Debtor. | Case No. 19-03857-LT13<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE** |

I, Sean C. Ferry hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned case; my business address is 350 10th Avenue, Suite 1000, San Diego, CA 92101.

On March 11, 2024, I caused copies of the following document(s) to be served:

    **1. Response to Notice of Final Cure**

in the following manner on the parties listed below:

- **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

-1-

**DEBTOR**
Steven Michael Moehling
5420 Old Ranch Road
Oceanside, CA 92057

- **BY ELECTROIC SERVICE (ECF):**

**TRUSTEE**
Michael Koch
Chapter 13 Trustee
402 W. Broadway
Ste 1450
San Diego, CA 92101

**US TRUSTEE**
United States Trustee
Office of the U.S. Trustee
880 Front Street
Suite 3230
San Diego, CA 92101

**DEBTOR'S COUNSEL**
Andrew Moher
Moher Law Group
424 F Street
Suite 203
San Diego, CA 92101

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 11th day of March, 2024.

/s/ Sean C. Ferry
Sean C. Ferry

-2-

# Chapter 13 Filed Payment Change Reconciliation



| | | |
|---|---|---|
| Preparation Date: | | 03/05/24 |
| Prepared by: | | Bhargav S |

**Loan Information:**

| | |
|---|---|
| Loan Number | X X X X X X 9180 |
| Debtors Name - 1 | STEVEN MOEHLING |
| Debtors Name - 2 | |
| Property Address | 5420 OLD RANCH RD |
| Property State | CA |

**Bankruptcy Information:**

| | |
|---|---|
| Bankruptcy Case # | 19-03857 |
| Filing Date: | 6/28/2019 |
| Person filing: | M1 |
| Number of previous filings: | 2 |

**Post petition due**

| | |
|---|---|
| Post petition due date: | 12/01/23 |
| Post petition $$$ due: | $6,021.17 |
| Post petition insurance: | $0.00 |
| Post petition taxes: | $0.00 |
| | |
| Total Post petition due | **$6,021.17** |

| Comment |
|---|
| Post-petition taxes and insurance included in annual escrow analysis and added to monthly payments. |

**Post-Petition Payment History Detail**

| Date Pmnt Rcvd | Post Due Dt | System PMT | Filed PMT | $ Received | Comments |
|---|---|---|---|---|---|
| 08/28/19 | 07/01/19 | $1,682.19 | $1,682.19 | $1,700.00 | |
| 10/10/19 | 08/01/19 | $1,682.19 | $1,682.19 | $1,700.00 | |
| 12/02/19 | 09/01/19 | $1,682.19 | $1,682.19 | $1,700.00 | |
| 01/27/20 | 10/01/19 | $1,682.19 | $1,682.19 | $1,800.00 | |
| 02/24/20 | 11/01/19 | $1,682.19 | $1,682.19 | $1,700.00 | |
| 05/04/20 | partial payment | 0.00 | $0.00 | $1,300.00 | Partial Payment |
| 05/19/20 | 12/01/19 | $1,682.19 | $1,682.19 | $1,300.00 | |
| 05/30/20 | 01/01/20 | $1,682.19 | $1,682.19 | $913.55 | |
| 05/30/20 | partial payment | 0.00 | $0.00 | $386.45 | Partial Payment |
| 06/15/20 | 02/01/20 | $1,682.19 | $1,682.19 | $1,300.00 | |
| 07/13/20 | partial payment | 0.00 | $0.00 | $913.55 | Partial Payment |
| 07/13/20 | 03/01/20 | $1,682.19 | $1,682.19 | $1,286.45 | |
| 07/22/20 | partial payment | 0.00 | $0.00 | $450.00 | Partial Payment |
| 08/10/20 | 04/01/20 | $1,682.19 | $1,682.19 | $913.55 | |
| 08/10/20 | 05/01/20 | $1,682.19 | $1,682.19 | $1,686.45 | |
| 09/14/20 | partial payment | 0.00 | $0.00 | $913.55 | Partial Payment |
| 09/14/20 | 06/01/20 | $1,682.19 | $1,682.19 | $1,706.45 | |
| 10/12/20 | 07/01/20 | $1,682.19 | $1,682.19 | $913.55 | |
| 10/12/20 | 08/01/20 | $1,682.19 | $1,682.19 | $1,706.45 | |
| 11/16/20 | partial payment | 0.00 | $0.00 | $913.55 | Partial Payment |
| 11/16/20 | 09/01/20 | $1,701.11 | $1,701.11 | $1,706.45 | |
| | Reversal | | -$1,701.11 | | |
| 12/08/20 | partial payment | 0.00 | $0.00 | $913.55 | Partial Payment |
| 12/08/20 | 09/01/20 | $1,701.11 | $1,701.11 | $1,706.45 | |
| 01/15/21 | 10/01/20 | $1,701.11 | $1,701.11 | $913.50 | |
| 01/15/21 | 11/01/20 | $1,701.11 | $1,701.11 | $1,706.50 | |
| 02/12/21 | 12/01/20 | $1,701.11 | $1,701.11 | $1,702.00 | |
| 03/19/21 | 01/01/21 | $1,701.11 | $1,701.11 | $1,702.00 | |
| 04/19/21 | 02/01/21 | $1,701.11 | $1,701.11 | $1,701.11 | |
| 06/02/21 | 03/01/21 | $1,701.11 | $1,701.11 | $1,702.00 | |
| 06/28/21 | 04/01/21 | $1,701.11 | $1,701.11 | $1,702.00 | |
| 07/27/21 | 05/01/21 | $1,701.11 | $1,701.11 | $1,707.00 | |
| 09/07/21 | 06/01/21 | $1,701.11 | $1,701.11 | $1,701.11 | |
| 09/30/21 | 07/01/21 | $1,706.83 | $1,706.83 | $1,701.11 | |
| 11/02/21 | 08/01/21 | $1,706.83 | $1,706.83 | $1,715.00 | |
| 11/30/21 | 09/01/21 | $1,706.83 | $1,706.83 | $1,715.00 | |
| 12/28/21 | 10/01/21 | $1,706.83 | $1,706.83 | $1,720.00 | |
| 01/25/22 | 11/01/21 | $1,706.83 | $1,706.83 | $1,720.00 | |
| 02/24/22 | 12/01/21 | $1,706.83 | $1,706.83 | $1,720.00 | |
| 03/21/22 | 01/01/22 | $1,706.83 | $1,706.83 | $1,720.00 | |
| 04/18/22 | 02/01/22 | $1,706.83 | $1,706.83 | $1,720.00 | |
| 05/18/22 | 03/01/22 | $1,706.83 | $1,706.83 | $1,742.46 | |
| 07/12/22 | 04/01/22 | $1,706.83 | $1,706.83 | $1,742.46 | |
| 08/09/22 | 05/01/22 | $1,742.46 | $1,742.46 | $1,742.46 | |
| 08/16/22 | NSF | -$1,742.46 | -$1,742.46 | -$1,742.46 | |
| 08/19/22 | 05/01/22 | $1,742.46 | $1,742.46 | $1,742.46 | |
| 09/19/22 | 06/01/22 | $1,742.46 | $1,742.46 | $1,742.46 | |
| 10/17/22 | 07/01/22 | $1,742.46 | $1,742.46 | $1,742.46 | |
| 11/29/22 | 08/01/22 | $1,742.46 | $1,742.46 | $1,742.46 | |
| 12/28/22 | 09/01/22 | $1,742.46 | $1,742.46 | $1,742.46 | |
| 01/24/23 | 10/01/22 | $1,742.46 | $1,742.46 | $1,746.42 | |
| 02/22/23 | 11/01/22 | $1,742.46 | $1,742.46 | $1,746.42 | |
| 03/16/23 | 12/01/22 | $1,742.46 | $1,742.46 | $1,744.20 | |
| 04/18/23 | 01/01/23 | $1,742.46 | $1,742.46 | $1,744.20 | |
| 05/10/23 | 02/01/23 | $1,742.46 | $1,742.46 | $1,744.20 | |
| 06/26/23 | 03/01/23 | $1,744.20 | $1,744.20 | $1,744.20 | |
| 07/19/23 | 04/01/23 | $1,744.20 | $1,744.20 | $1,746.20 | |
| 08/22/23 | 05/01/23 | $1,744.20 | $1,744.20 | $1,750.00 | |
| 09/25/23 | 06/01/23 | $1,744.20 | $1,744.20 | $1,750.00 | |
| 10/23/23 | 07/01/23 | $1,744.20 | $1,744.20 | $1,750.00 | |
| 11/30/23 | 08/01/23 | $1,744.20 | $1,744.20 | $1,750.00 | |
| 01/02/24 | 09/01/23 | $1,744.20 | $1,744.20 | $1,750.00 | |
| 01/19/24 | 10/01/23 | $1,744.20 | $1,744.20 | $1,850.00 | |
| | NSF | -$1,744.20 | -$1,744.20 | -$1,850.00 | |
| 01/30/24 | 10/01/23 | $1,744.20 | $1,744.20 | $1,866.00 | |
| 02/27/24 | 11/01/23 | $1,744.20 | $1,744.20 | $1,865.95 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

| | | | | | |
|---|---|---|---|---|---|
| Due | 12/01/23 | $3,744.30 | $3,744.30 | 0.00 | |
| Due | 01/01/24 | $1,865.95 | $1,865.95 | 0.00 | |
| Due | 02/01/24 | $1,865.95 | $1,865.95 | 0.00 | |
| Due | 03/01/24 | $1,865.95 | $1,865.95 | 0.00 | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Due | | $99,795.62 | $98,094.51 | |
| Total Received | | | | $94,693.34 |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.