CSD 1183 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Steven Michael Moehling
5420 Old Ranch Road
Oceanside, CA 92057
760-689-0966

Debtor / Movant (Pro Se)

```
_____FILED
_____ENTERED
_____LODGED
_____RECEIVED

NOV 28

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

### UNITED STATES BANKRUPTCY COURT
#### SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO. 19-03857-CL13

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX-8925          Debtor(s)

## NOTICE OF HEARING AND MOTION

TO:     Motion to Enforce the Discharge Injunction - Wells Fargo Bank, N.A., Select Portfolio Servicing, Inc.,Tiffany & Bosco, P.A.,Kutak Rock LLP, Office of the United States Trustee, Michael Koch Chapter 13 Trustee

**You are hereby notified** that on January 26, 2026, at 10:00a.m, in Department 1,Room 218 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of   Steven Michael Moehling                                      , Movant, for

Motion to Enforce Discharge Injunction

Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

DATED: November 25, 2025

_____
[Attorney for] Moving Party

[1]Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1183 [12/01/23]

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the 25th day of November, 2025, I served a true copy of the within NOTICE OF MOTION  AND HEARING, together with the following pleadings [describe any other papers] on the following persons listed below by the mode of service shown below:
List additional papers:

1.      **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐      Attorney for Debtor (or Debtor), if required:

☐      Chapter 7 Trustee:

☐      For Chapter 7, 11, & 12 cases:               ☐      For Chapter 13 cases:

        UNITED STATES TRUSTEE                              MICHAEL KOCH, TRUSTEE
        ustp.region15@usdoj.gov                            mkoch@ch13.sdcoxmail.com

2.      **Served by United States Mail:**

On _November 25, 2025_____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐      Attorney for Debtor (or Debtor), if required:

        See Attached List of recipients

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

CSD 1183 [12/01/23]

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐    Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   November 25, 2025
                    (Date)

Steven Michael Moehling
(Typed Name and Signature)

5420 Old Ranch Road
(Address)

Oceanside, CA 92057
(City, State, ZIP Code)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re:

Steven Michael Moehling, Debtor

Case No. 19-03857-CL-13 (formerly 19-03857-LT-13)

## UPDATED CERTIFICATE OF SERVICE

I, Steven Moehling, declare under penalty of perjury that on November 25, 2025, I served the following documents by placing true and correct copies in sealed envelopes First Class Mail at Oceanside, California, addressed to the parties listed below.

### 1. Notice of Hearing (CSD 1183)

(Primary Service):

Wells Fargo Bank, N.A. (Creditor)
Attn: Officer or Managing Agent
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Select Portfolio Servicing, Inc. (Servicer)
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505

Select Portfolio Servicing, Inc. (Corporate Correspondence)
P.O. Box 65250
Salt Lake City, UT 84165-0250

Tiffany & Bosco, P.A. (Counsel of Record in Bankruptcy Case No. 19-03857-LT13)
Attn: Bankruptcy Department
2525 E. Camelback Rd., Suite 700
Phoenix, AZ 85016

Kutak Rock, LLP (Current Litigation Counsel for SPS)
Attn: Steven Dailey
5 Park Plaza, Suite 1500
Irvine, CA 92614

Office of the United States Trustee
Southern District of California
880 Front Street, Suite 3230
San Diego, CA 92101

Service upon both Tiffany & Bosco, P.A. and Kutak Rock LLP is made to ensure notice to counsel who have represented Select Portfolio Servicing, Inc. in matters directly related to this loan during and after the Chapter 13 proceeding.

---

(Notice Only to the following parties via First Class Mail)

Michael Koch, Standing Chapter 13 Trustee
402 W. Broadway Ste 1450
San Diego, CA 92101-8544
Served for notice purposes only; no relief is sought against the Trustee.

Andrew Moher
Moher Law Group
424 F Street # 203
San Diego, CA 92101
Served for notice purposes only; no relief is sought, and no appearance is required.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Dated: November 25, 2025



Steven Michael Moehling
Pro Se Debtor