# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# COURT MINUTES

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | Steven Michael Moehling |
| **Case Number:** | 19-03857-CL13    **Chapter:** 13 |
| **Date / Time / Room:** | 01/26/2026 10:00 AM, Department 1 |
| **Bankruptcy Judge:** | Christopher B. Latham |
| **Courtroom Clerk:** | Josie Rodriguez-Olivas |
| **ECRO:** | FTR |

## *Matters:*

MOTION TO ENFORCE DISCHARGE INJUNCTION UNDER 11 U.S.C. §§ 524(a)(2), §§ 524(i), AND 105(a) FILED BY DEBTOR

## *Appearances:*

Steven Michael Moehling
Steven M. Dailey, Attorney for Wells Fargo Bank, NA (*telephonic*)

## *Disposition:*

Court heard oral argument and continues the matter to 03/23/26 at 10:00 a.m.

In the meantime, Wells Fargo Bank, NA is directed to file an additional paper by 02/23/26 specifying which, if any, payments were missed in the time period of 08/16/19 - 04/04/24. If any payment was missed, Court will look for evidence of that as well.

Debtor's response will be due by 03/09/26.

cc: Steven Michael Moehling (*pro se debtor*)