United States Bankruptcy Court
Southern District of California

In re: Steven Moehling
Case No. 19-03857-CL13 - Hon. Christopher B. Latham

## EXHIBIT M

MORTGAGE STATEMENT DATED MAY 15, 2024

Prepared in support of:

DEBTOR'S REPLY REGARDING SPS'S UPDATED PLAN ACCOUNTING, REQUEST
FOR DETERMINATION UNDER RULE 3002.1(h), AND RELATED RELIEF UNDER 11
U.S.C. § 524(i)

Sources:

Select Portfolio Servicing, Inc. (SPS)

## SPS SELECT Portfolio SERVICING, inc.

P.O. Box 65250
Salt Lake City, UT 84165-0250
www.spservicing.com

Sign up for paperless delivery
at www.spservicing.com

Paperless

**Mortgage Statement**
Statement Date:05/15/2024
Page 1 of 3

| Customer Service : | (800) 258-8602 |
| Monday - Friday | 8:00AM - 9:00PM ET |
| Saturday | 8:00AM - 2:00PM ET |

*For other important information, see reverse side*

+ 2151896 000022538 1041   P2

Steven Moehling                    22538
5420 Old Ranch Rd
Oceanside, CA 92057-5505

EXHIBIT M
Case No. 19-03857-CL13
SPS May 2024 Mortgage Statement
(reflecting "FC Costs" charge dated April 29, 2024)

| Account Number | 0017539180 |
| Property Address | 5420  OLD RANCH RD |
| | OCEANSIDE CA 92057 |

| | |
|---|---|
| Loan Due Date | 04/01/2024 [4] |
| Payment Due Date | 06/01/2024 |
| **Amount Due** | **$5,597.85** |

*If payment is received after 06/16/2024, $54.43 late fee will be charged.*

### Account Information

| | |
|---|---|
| Interest Bearing Principal | $241,908.78 |
| Deferred Principal | $96,994.59 |
| Outstanding Principal [1] | $338,903.37 |
| Unpaid Late Charges | $0.00 |
| Other Charges and Fees | $95.00 |
| Interest Rate (Until Oct. 2035) | 4.750% |
| Prepayment Penalty | No |

### Explanation of Amount Due

| | | |
|---|---|---|
| Principal | | $374.80 |
| Interest | | $954.61 |
| Escrow (Taxes and Insurance) | | $536.54 |
| **Regular Monthly Payment** | | **$1,865.95** |
| Charges / Fees this Period | $95.00 | |
| Past Due Payment(s) | | $3,731.90 |
| Unapplied Payment(s) | | $0.00 |
| **Total Amount Due** | | **$5,597.85** |

### Transaction Activity  (04/13/2024 to 05/15/2024)

| Date | Description | Principal Balance | Interest | Taxes & Insurance | Late Charges | Unapplied Balance | Other Fees | Expenses Pd by Servicer | Total [1] |
|---|---|---|---|---|---|---|---|---|---|
| 04/13 | BEG BALANCE | $340,010.16 | $4,795.08 | $2,270.95 | $0.00 | ($1,442.63) | $0.00 | $0.00 | $345,633.56 |
| 04/22 | PAYMENT | (367.47) | (961.94) | (536.54) | 0.00 | 0.00 | 0.00 | 0.00 | (1,865.95) |
| 04/23 | SHORT PAYMENT | (368.93) | (960.48) | (113.22) | 0.00 | 1,442.63 | 0.00 | 0.00 | 0.00 |
| 04/29 | FC COSTS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 | 95.00 |
| 05/15 | PAYMENT | (370.39) | (959.02) | (536.54) | 0.00 | 0.00 | 0.00 | 0.00 | (1,865.95) |
| 05/15 | ENDING BALANCE | $338,903.37 | $1,913.64 | $1,084.65 | $0.00 | $0.00 | $0.00 | $95.00 | $341,996.66 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year To Date |
|---|---|---|
| Principal | $1,106.79 | $2,922.53 |
| Interest | $2,881.44 | $7,712.75 |
| Escrow (Taxes and Insurance) | $1,186.30 | $2,070.07 |
| Fees and Other Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $-1,442.63 | |
| **Total** | **$3,731.90** | **$12,705.35** |
| Total Unapplied Balance | $0.00 | |

### Important Messages

All communication sent to you by SPS is always available on our website: www.spservicing.com.   For faster access to written communication and documents, please log in to your customer account on our website to view.

[1] This amount is not a payoff quote. If you would like a payoff quote, please see instructions on reverse side.

Any transactions that occurred after the statement date noted above will be reflected on your next statement.

This is an attempt to collect a debt. All information obtained will be used for that purpose.

If there is a balance under Expenses Paid by Servicer, it means we have paid certain expenses on your behalf due to the delinquent status of your account. You are responsible to reimburse us for these amounts plus interest, which may be billed at the note rate.

The Outstanding Principal balance includes the Interest Bearing Principal balance and the Deferred Principal balance. The Deferred Principal balance is not subject to the charged interest rate and will be due as a final balloon payment on the earlier of (a) payoff of the Interest Bearing Principal balance, or (b) maturity date of the mortgage loan.

Under the Servicemembers Civil Relief Act if you or a family member has been deployed to active duty, you may be eligible for certain protections regarding your mortgage loan. Please contact us at (800) 258-8602 to discuss these protections.

**Please detach bottom portion and return with your payment. Allow 7 - 10 days for postal delivery. Please do not send cash.**
**MONTHLY PAYMENT COUPON**

### Amount Due

| Borrower Name(s) | Steven Moehling |
| | 5420 Old Ranch Rd |
| Account Number | 0017539180 |

**Due By 06/01/2024: $5,597.85**
$54.43 late fee will be charged after 06/16/2024

SELECT PORTFOLIO SERVICING, INC.
PO BOX 65450
SALT LAKE CITY UT  84165-0450

**Make checks payable to: Select Portfolio Servicing**

| Monthly Payment | $ . |
| Additional Principal | $ . |
| Additional Escrow | $ . |
| Late Fees | $ . |
| Other (Please Specify) | $ . |
| | |
| **Total Amount Enclosed  $** | . |

☐ Change of address or telephone? If so, check here  and note changes on back

2771 0017539180 0000186595 0000192038 1

## IMPORTANT INFORMATION

**Important Mailing Addresses** (Please include your account number on all correspondence)

| Regular Payments | Overnight/Express Payments | Notice of Error or Information Request or Qualified Written Request | General Correspondence | Check by Phone | Bankruptcy Correspondence & Notices must be sent to: |
|---|---|---|---|---|---|
| Select Portfolio Servicing, Inc. Attn: Remittance Processing P.O. Box 65450 Salt Lake City, UT 84165 | Select Portfolio Servicing, Inc Attn: Cashiering Dept. 3217 S. Decker Lake Dr. Salt Lake City, UT 84119 | Select Portfolio Servicing, Inc. P.O. Box 65277 Salt Lake City, UT 84165 Fax: (801) 270-7856 | Select Portfolio Servicing, Inc. P.O. Box 65250 Salt Lake City, UT 84165 | (800) 258-8602 Option 1 | Select Portfolio Servicing, Inc. Attn: Bankruptcy Dept. P.O. Box 65250 Salt Lake City, UT 84165 |

**PAYMENT INSTRUCTIONS** Paying your mortgage on time is an important obligation, so please pay on or before the payment due date. Payments are not considered paid until received and posted to your account. Please include the late charge in any payment made after the late payment due date noted on your statement. Postal delays do not result in a waiver of late charges, so please allow adequate time for mail service. If you don't pay on or before 3 p.m. MT on the payment due date, your loan will be considered delinquent. (NOTE: If you are currently sending all or part of your payment to the bankruptcy trustee, please disregard the Select Portfolio Servicing, Inc. payment address for that portion you are sending to the trustee.) We do not accept payments in cash.

**APPLICATION OF PAYMENTS** If you are current in making your payments, we will apply payments according to your Note. If you are delinquent, we apply payments to the oldest outstanding payments that are due under your Note.

**LOAN REPRESENTATIVES** If you would like to speak to someone about making a payment or payment arrangements, please call one of our loan representatives at (800) 258-8602 (Monday - Friday, 8 a.m. - 9 p.m. ET; Saturday, 8 a.m. - 2 p.m. ET).

**AUTOMATED CONVERSION OF YOUR CHECKS TO ACH DEBIT ENTRIES AND RETURNED CHECKS OR DEBITS** When you provide us a check, you authorize us to use the information from your check to make a one time Electronic Funds Transfer from your bank account. When we use your check to make an Electronic Funds Transfer, funds may be withdrawn from your account quickly, as soon as the day we receive your check. You will not receive your check back from your financial institution. If there are insufficient funds in your account we will reverse the amount of any such returned payment that we had credited to your mortgage. You authorize us to charge you a fee of up to twenty-five dollars ($25.00) as allowable by state law.

**CREDIT REPORTING** SPS furnishes information to consumer reporting agencies. You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your Note and Mortgage. If you believe such information is inaccurate, you may call Customer Service at (800) 258-8602, submit a written Notice of Error to the P.O. Box listed above, or submit a dispute with the consumer reporting agency.

**NOTICE OF ERROR OR INFORMATION REQUEST OR QUALIFIED WRITTEN REQUEST** If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent to the address listed above in the important mailing addresses section, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal Law.

**HOUSING COUNSELOR INFORMATION** If you would like counseling or assistance, you can contact the following: U.S. Department of Housing and Urban Development (HUD): For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

### SPECIAL REQUEST AND ADDITIONAL FEES

| Payment by Phone with a Live Agent | Up to $15.00 |
|---|---|
| Payment via Website, Mobile App, or Automated Phone System | Up to $5.00 |
| Returned Check Fee | Up to $25.00 |
| Express Mail Fee | Actual Charge Incurred |

*This fee schedule does not contain all fees that may be charged for services rendered. The actual fee charged to a particular customer may be different based upon certain requirements under state law, agency guidelines (e.g., FHA, VA) or other relevant criteria.*

**LOAN PAYOFFS** Payoff information may be requested verbally by calling the Customer Service toll free number printed on this statement, by faxing your requests to (801) 269-4269 or by mailing your request to: P.O. Box 65250, Salt Lake City, UT 84165-0250. If you do not receive your payoff quote within 5 business days of placing your request, please call our Customer Service Department.

**HOME OWNER INSURANCE** You are required to maintain Homeowners Insurance (and if required, Flood Insurance), at all times during the term of your Mortgage and provide or ask your insurance agent each year to provide us copies of all renewal policies and invoices to the address shown below at least (30) days before the date your existing policy expires. It is important for you to remember that if we do not receive a copy of your renewal or replacement policy, SPS may obtain coverage to protect its interest in the property. The coverage provided for this insurance may be different and more expensive than your expired coverage. We will only do this after we have notified you of your failure to maintain coverage. It is possible we may obtain certain benefits from this insurance placement coverage.

To ensure that SPS is properly notified of any changes with your insurance policy, we need the information below to be added to the Standard Mortgagee Clause on your insurance policy.

Select Portfolio Servicing, Inc.
ITS SUCCESSORS AND OR ASSIGNS
P.O. Box 7277 Springfield, OH 45501-7277

**All insurance information (including your account number) should be mailed or faxed to:**
Insurance Service Center: PO Box 7277, Springfield, OH 45501 Fax (866) 801-8177.

**REAL ESTATE TAX** If you have established an escrow account with us for taxes, you should keep copies of any tax bills you receive for your personal records. We have engaged a Tax Service to receive your tax bills, and we will pay taxes out of your escrow account to the extent there are sufficient balances in your escrow account. If you receive any special assessment bills, you should send them to our Tax Service Center address shown below. Special bills include:

- An area defined as a "Homeowner Area" where your local tax office will not send us the tax bill
- Any special assessments on your property in addition to your regular Real-Estate tax bills
- Any adjustments to your tax bills

**Tax Service Center:** PO Box 3541, Covina, CA 91722

**SPS CONSUMER OMBUDSMAN SERVICES** If you have an unresolved issue with SPS, and you have exhausted other customer service options, please contact our Consumer Ombudsman Department at (866) 662-0035 or through other methods found on www.spservicing.com.

### COMMON ABBREVIATIONS

| INT | Interest |
|---|---|
| FC or F/C | Foreclosure |
| BK | Bankruptcy |
| BPO | Broker Price Opinion |
| MISC DISB | Disbursement from escrow account for other than escrow item (E.g.:Analysis Refund, Payoff Refund) |

*This common abbreviations table does not contain all abbreviations that may appear in the "Activity this Period" section. For more information please refer to the Fee Schedule and Description document located at www.spservicing.com.*

EXHIBIT M
Case No. 19-03857-CL13
SPS May 2024 Mortgage Statement
(reflecting "FC Costs" charge dated April 29, 2024)

HAS YOUR ADDRESS CHANGED?  IF SO, PLEASE COMPLETE THIS FORM

Mailing Address _____

City _____ State _____ Zip _____

Home Phone _____ Business Phone _____

**All Borrower's Signature Required For Address Change**

_____          _____
Borrower's Signature                              Co-Borrower's Signature

**SPS** SELECT Portfolio SERVICING, *inc.*

P.O. Box 65250
Salt Lake City, UT 84165-0250
**www.spservicing.com**

151896 000022538 1041

**Mortgage Statement**
Statement Date:05/15/2024
Page 3 of 3

Customer Service : (800) 258-8602
Monday - Friday    8:00AM - 9:00PM ET
Saturday           8:00AM - 2:00PM ET

Account Number  0017539180

EXHIBIT M
Case No. 19-03857-CL13
SPS May 2024 Mortgage Statement
(reflecting "FC Costs" charge dated April 29, 2024)

**Important Messages**

⁴ Loan Due Date: If this date is different from your Payment Due Date, it means that you are past due and owe payments from previous months.
YTD Interest Paid amount will include capitalized interest in the event your loan was modified in the current year.

22538