# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## COURT MINUTES

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Steven Michael Moehling |
| **Case Number:** | 19-03857-CL13    **Chapter:** 13 |
| **Date / Time / Room:** | 03/23/2026 10:00 AM, Department 1 |
| **Bankruptcy Judge:** | Christopher B. Latham |
| **Courtroom Clerk:** | Josie Rodriguez-Olivas |
| **ECRO:** | FTR |

### *Matters:*

MOTION TO ENFORCE DISCHARGE INJUNCTION UNDER 11 U.S.C. §§ 524(a)(2), §§ 524(i), AND 105(a) FILED BY DEBTOR (fr. 1/26/26)

### *Appearances:*

Steven Michael Moehling
Steven M. Dailey, Attorney for Wells Fargo Bank, N.A. (*telephonic*)

### *Disposition:*

Court heard oral argument, takes the matter under submission and will issue a separate written order.