# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 3/26/2026 |
| Case: 19–03857–CL13 | Form ID: pdfO1 | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Michael Koch | mkoch@ch13.sdcoxmail.com |
| aty | Andrew Moher | amoher@moherlaw.com |
| aty | Chad L. Butler | caecf@tblaw.com |
| aty | Robert Zahradka | rzahradka@nationalfunding.com |
| aty | Sean C Ferry | sferry@raslg.com |
| aty | Steven M. Dailey | steven.dailey@kutakrock.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Steven Michael Moehling     5420 Old Ranch Road     Oceanside, CA 92057 |
| cr | Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC Trust 2006–FR1 Mortgage Pass–Through Certificates, Series 2006–FR1     Tiffany and Bosco     1455 Frazee Road     Suite 820     San Diego, CA 92108 |

TOTAL: 2